**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| FAMILY LEADERSHIP FOUNDATION, an Arizona nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; NATIONWIDE RETIREMENT SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:06-cv-678-PHX-SMM<br><br>**ORDER** |

Pending before the Court is a Stipulation of the parties agreeing to vacate the Rule 16 Preliminary Pretrial Conference and reschedule the conference for a date after the Court rules on the United States' pending Motion to Dismiss. (Dkt. 29.) Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to vacate the Rule 16 Preliminary Pretrial Conference and reschedule the conference. (Dkt. 29.)

**IT IS FURTHER ORDERED VACATING** the Rule 16 Preliminary Pretrial Conference currently scheduled for November 15, 2006. The Court will set a new Rule 16 Preliminary Pretrial Conference, if necessary, in the order ruling on the United States' pending Motion to Dismiss.

DATED this 1st day of November, 2006.

Stephen M. McNamee
United States District Judge